An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DESIREE LUCIDO,
Appellant,
vs.
BRETT BIAVA,
Respondent.

No. 63415

**FILED**

JUL 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Our review of the documents before this court on appeal reveals a jurisdictional defect. Specifically, it appears that the order appellant is challenging is not a final, appealable judgment. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, as it appears that a final judgment has not been entered in the underlying case, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

---

[1]As we conclude that we lack jurisdiction over this appeal, appellant need not file the civil proper person appeal statement and transcript request forms sent to her.

13-20681

cc:    Hon. William B. Gonzalez, District Judge, Family Court Division
Desiree Lucido
Kristina C. Kirigin
Eighth District Court Clerk